IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v. : <br> : **CASE NO:** <br> : **7:24-cr-26–WLS-ALS-1** <br> **CLEMSON MAURICE GRAHAM,** : <br> : <br> **Defendant.** : <br> _____ : | |

## **ORDER**

On Wednesday, June 25, 2025, the Court held an evidentiary hearing on Defendant's Consolidated Motion to Suppress Evidence and Request for Evidentiary Hearing (Doc. 55) ("Motion to Suppress"). At the conclusion of the hearing, Defendant's Counsel, Timothy Saviello, requested the opportunity to review several videos which the Government turned over to Mr. Saviello the morning of the hearing ("Videos"), and that he be allowed to introduce into evidence portions of such Videos, if any, that are relevant to the Motion to Suppress. The Court left the record open to allow introduction of such evidence, if any. The Court further allowed the filing of post-hearing briefs as scheduled below. The trial of this matter was previously continued to the Valdosta Division November 2025 trial term and its conclusion, or as may otherwise be ordered by the Court. (*See* Doc. 61).

Accordingly, the Court hereby **ORDERS** that:

1. In the event either Party desires or intends to utilize the hearing transcript in the preparation of its post-hearing brief, the hearing transcript must be requested by close of business on **Wednesday, July 2, 2025**.

2. The evidentiary record on the Motion to Suppress shall remain open for the limited purpose of permitting Mr. Saviello time to conduct appropriate due diligence with respect to the Videos to determine whether any portions of such Videos need to be entered into evidence on the Defendant's behalf. On or before **Wednesday, July 9, 2025**, Mr. Saviello shall notify the Court and Government's Counsel whether he wishes to introduce portions of the Videos in evidence. Mr. Saviello shall further notify the Court whether an additional

hearing is necessary or such other procedure as may be appropriate or agreed to between the Parties for the introduction of such evidence. Given the delay in locating and producing the Videos to Defendant, the Court anticipates that the Parties will work together to resolve any issues with the introduction of the portions, if any, of the Videos Defendant seeks to introduce into evidence.

     3.     Defendant may file his post-hearing brief within twenty-one (21) days after the hearing transcript is made available on the record;

     4.     The Government may file its post-hearing brief within fourteen (14) days from the date the Defendant's brief is filed;

     5.     Defendant may file his reply brief within seven (7) days from the date the Government's post-hearing brief is filed;

     6.     No additional briefs shall be filed without Court approval.

     7.     The Motion to Suppress will be taken under advisement at the time the Defendant's reply brief is filed, or at such time as additional briefs, if any, are allowed and filed, or after the period for filing such briefs has expired without such filing.

**SO ORDERED**, this 25th day of June 2025.

                                                          /s/W. Louis Sands
                                                          **W. LOUIS SANDS, SR. JUDGE**
                                                          **UNITED STATES DISTRICT COURT**