**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CASE NO:** |
| | : | **7:24-cr-26–WLS-ALS-1** |
| **CLEMSON MAURICE GRAHAM,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## <u>ORDER</u>

Before the Court is the United States' Motion to Enforce the Local Rules (Doc. 69) ("Motion"). Therein, the Government complains that Defendant Clemson Maurice Graham's Post-Hearing Brief (Doc. 66) ("Defendant's Brief") in support of his Motion to Suppress (Doc. 55) exceeds the twenty (20) pages permitted by Local Criminal Rule 47.4. *See* M.D. Ga. L. Cr. R. 47.4 ("Except upon good cause shown and leave given by the court, all briefs in support of a motion or in response to a motion are limited in length to twenty (20) pages; the movant's reply brief may not exceed ten (10) pages."). Defendant's Brief, including signature and certificate of service, is twenty-five (25) pages in length. Government's Counsel argues that Defendant's Brief is unnecessarily long and exceedingly repetitive. The Government further requests that the deadline for the Government to file its post-hearing brief be stayed pending the Court's ruling on the Motion.

The Court notes that the United States' Response to Defendant's Post Hearing Brief (Doc. 68) was filed prior to the current Motion. Although Government's Counsel found Defendant's Brief unnecessarily long and repetitive, she was apparently able to extract the relevant arguments without difficulty as reflected by the Government's response. Therefore, the request to stay the deadline for the Government to file its post-hearing brief is moot.

However, the Court expects Parties to comply with the Local Rules (both Civil and Criminal) and request leave to include extra pages in their briefs when appropriate.

1

Accordingly, in order that the subject matter may proceed without undue delay, the Court hereby **ORDERS** that the Motion (Doc. 69) is **GRANTED IN PART** and **DENIED IN PART AS MOOT** as follows:

1.      The Motion is **GRANTED** to the extent that, absent motion and leave of Court, future briefs filed by Defendant's counsel shall comply with the Local Rules; and

2.      The Motion is **DENIED AS MOOT** to the extent it requests the Court stay the deadline for the Government's response.


        **SO ORDERED**, this 8th day of September 2025.


                                        **/s/W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**