IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-26 |
| | : | |
| CLEMSON MAURICE GRAHAM, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### Order Granting Motion to Continue

Defendant Clemson Graham moves to continue his trial and pretrial conference in the interests of justice. (Doc. 81). The Court granted Defendant's previous motion to continue. (Doc. 75). And Defendant missed the December 16, 2025, deadline to file any motions to continue. (Doc. 80). However, Defendant indicates that both parties have been working towards a plea agreement in good faith and recently found tentative terms for an agreement. (Doc. 81 at 2). Parties believe these terms will produce a resolution without the need for a trial and simply need additional time to finalize the agreement. (*Id.*)

Based on Graham's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Graham in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 81) is **GRANTED**. The trial in the case, with respect to Defendant Clemson Graham only, is **CONTINUED** to the Valdosta Division May 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 29th day of December 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**