**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,      :

                                :

    v.                         :

                                :         **CASE NO:**

CLEMSON MAURICE GRAHAM,    :    **7:24-cr-26–WLS-ALS-1**

                                :

      **Defendant.**          :

_____

## <u>ORDER</u>

Before the Court is Defendant Clemson Maurice Graham's Motion to Compel the Government to Reveal the Identity of its Confidential Informant (Doc. 72) ("Motion to Compel"). The Motion to Compel has been fully briefed, and upon review, the Court determined that a hearing on such motion is necessary.

Accordingly, a hearing on the Motion to Compel (Doc. 72) will be held on **Wednesday, April 1, 2026, at 3:00 p.m.**, immediately following the Pretrial Conference scheduled in this matter for that same date and time.

      **SO ORDERED**, this 26th day of March 2026.

                         **/s/W. Louis Sands**_____
                         **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1